IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

      v.                  :      MAGISTRATE NO.

                                        12-960

CERTAIN PERSONS          :

## ORDER

AND NOW, this 19 day of June 2012 upon application of the United States Attorney that the complaint, warrants, and affidavit, and corresponding docket entries in the within criminal proceeding be impounded, said motion is hereby GRANTED and it is

ORDERED

that the complaint, warrants, and affidavit, and corresponding docket entries, in the above-mentioned case are hereby IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and Internal Revenue Service-Criminal Investigations, and the Internal Revenue Service-Criminal Investigations and United States Attorney's Office and U.S. Department of Justice are authorized to provide copies of the warrants, complaint, and affidavit as is necessary to locate, arrest, detain, and return the defendants to the United States. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Special Assistant United States Attorney Patrick J. Murray.

IT IS FURTHER ORDERED THAT the complaint, warrants, and affidavit, and corresponding docket entries shall be unimpounded immediately upon notification by the United States Attorney, or his representative, that both of the defendants have been arrested or upon further order of the Court.

BY THE COURT:

Hon. TIMOTHY R. RICE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :

v.                                  :          MAGISTRATE NO. 12-960

CERTAIN PERSONS:                    :

## MOTION TO IMPOUND COMPLAINT AND WARRANT

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney in and for the Eastern District of Pennsylvania, and Patrick J. Murray, Special Assistant United States Attorney for that District, moves that the complaint, warrants, and affidavit, and corresponding docket entries in the within criminal proceeding be impounded and, in support thereof, alleges that if the existence and content of these documents are made public prior to the arrest of the defendants, there is the risk that the ongoing investigation may be compromised, and that the defendants will avoid foreign travel, thereby hindering the execution of the arrest warrants.

WHEREFORE, the government respectfully requests that this Court enter an order directing that the complaint, warrants, and affidavit, and corresponding docket entries in

the above-mentioned case be IMPOUNDED and be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested, except that the Clerk of Court is authorized to provide two certified copies of the warrant to the United States Marshals Service and Internal Revenue Service-Criminal Investigations, and the Internal Revenue Service-Criminal Investigations and United States Attorney's Office and U.S. Department of Justice are authorized to provide copies of the warrants, complaint, and affidavit as is necessary to locate, arrest, detain, and return the defendants to the United States. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Patrick J. Murray, Special Assistant United States Attorney, until further order of the Court or until notified by the United States Attorney, or his representative, that the defendants have been arrested.

Respectfully submitted,

ZANE D. MEMEGER
United States Attorney

Patrick J. Murray
Special Assistant United States Attorney