

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA



UNITED STATES OF AMERICA　　　　:

　　　v.　　　**FILED**　　　:　　CRIMINAL NO. *12-444-01*

SAMYAK VEERA　　AUG 2 1 2012　　:

MICHAEL E. KUNZ, Clerk
By ____ Dep. Clerk

ORDER FOR BENCH WARRANT

AND NOW, this ⲁ1ˢᵗ day of August, 2012, on motion of Zane David

Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a

bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

           v.       **FILED**   :    CRIMINAL NO. *12 - 444-01*

SAMYAK VEERA     AUG 21 2012  :

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>MOTION FOR BENCH WARRANT</u>

AND NOW, this 21st day of August, 2012, Zane David Memeger, United States

Attorney for the Eastern District of Pennsylvania, and Nancy E. Potts, Assistant United States

Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed

to the United States Marshal, Eastern District of Pennsylvania, or any other United States

Marshal or officer authorized to execute same.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

NANCY E. POTTS
Assistant United States Attorney