# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

    v.    **FILED** :    CRIMINAL NO. 12- 444

CERTAIN PERSON(S)    AUG 21 2012 :

MICHAEL E. KUNZ, Clerk

By_____Dep. Clerk

## O R D E R

AND NOW, this 21st day of August, 2012, upon consideration of the Government's Motion to Impound Indictment, and accompanying docket papers, and after balancing the public right of access to court documents with the government's interest in protecting an ongoing criminal investigation and protecting against the risk of the defendants remaining out of the country, or in a country that will not extradite, prior to arrest in this matter, it is hereby

## O R D E R E D

that the within indictment and accompanying docket papers are IMPOUNDED and to be retained in the custody of the Clerk of Court until notified by the United States Attorney that the defendants have been arrested and the indictment can be unimpounded, except that the Clerk is authorized to disclose to the attorney for the government the docket number and district court judge assigned to the case, the attorney for the government is authorized to disclose the indictment to the district court judge assigned to the case, and the attorney for the government is authorized to disclose the indictment for the purpose of effectuating extradition of the defendants. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to

Nancy E. Potts, Assistant United States Attorney.

IT IS FURTHER ORDERED THAT, the Clerk is directed upon notice from the United States Attorney's Office to remove the docket papers hereby impounded and restore the same to the public docket.

BY THE COURT:

HONORABLE ELIZABETH T. HEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

       v.              :     CRIMINAL NO. 12- *444*

CERTAIN PERSON(S)

**FILED**

AUG 21 2012

MICHAEL E. KUNZ, Clerk

By _____ Dep. Clerk

## MOTION TO IMPOUND INDICTMENT

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Nancy E. Potts, Assistant United States Attorney for the District, moves to impound the within documents and in support of its Motion states as follows:

1.     The within indictment, and accompanying docket papers, are documents which, if made public would jeopardize the government's interest in protecting an ongoing criminal investigation and protecting against the risk of the defendants remaining out of the country, or in a country that will not extradite, prior to arrest in this matter. At this time, one defendant has been arrested in Italy and is facing extradition in this matter, and the government's information is that the other defendant is outside the United States.

2.     Although the public has a common law right of access to judicial proceedings and papers, matters relating to protecting an ongoing criminal investigation and protecting against the defendants remaining out of the country, or in a country that will not extradite, prior to arrest, are traditionally conducted ex parte and in camera, with deference to the government's determination that the information should be sealed.

3.     Accordingly, balancing the public's right of access to judicial documents

with the government's interest in not jeopardizing an ongoing criminal investigation and in protecting against the risk of the defendants remaining out of the country, or in a country that will not extradite, prior to arrest in this matter, the government respectfully requests that the government's Motion be GRANTED. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to Nancy E. Potts, Assistant United States Attorney. It is further requested that the indictment shall be unimpounded upon notice of the United States Attorney that the defendants have been arrested.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney

NANCY E. POTTS
Assistant United States Attorney