

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

---

| | |
|---|---|
| *Patrick J. Murray* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8456* | *Suite 1250* |
| *Facsimile: (215) 861- 8618* | *Philadelphia, Pennsylvania 19106-4476* |
| *E-mail Address:* | *(215) 861-8200* |

October 23, 2013

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Aviel Faliks, et al.
              Criminal No. 12-444

Dear Clerk:

      Please unimpound the Superseding Indictment in regard to the above-captioned case. The Superseding Indictment was filed on October 1, 2013.

                          Very truly yours,

                          ZANE DAVID MEMEGER
                          United States Attorney

                          Patrick J. Murray
                          Assistant United States Attorney