IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

        :

        vs.        :        CRIMINAL NO. 12-444-5

DONALD STEVENSON        :

        :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 28th day of October, 2015, came the attorney for the Government and the defendant being present with counsel, and

[ ]    The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]    A jury has been waived, and the Court has found the defendant not guilty as to:

[XX]    The jury has returned its verdict, finding the defendant not guilty as to: Counts 1 and 2

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

BY THE COURT:

**Berle M. Schiller, J.**

cc:    U.S. Marshal
        Probation Office
        Counsel

10/28/15    C. Campoli
  Date      By Whom

Cr 1 (8/80)